**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**FILED**

MAY - 4 1999

NANCY DOHERTY, CLERK
By_____

# UNITED STATES DISTRICT COURT
## Northern District of Texas

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

_May 4, 1999_            _Jerry Buchmeyer_
DATE                                            JUDICIAL OFFICER

## NOTICE OF DEFICIENCY

Nancy Doherty
   Clerk of Court

Judge: __Buchmeyer__      Date: __5-4-99__
Case Number: __3:99CV381-R__    Plaintiff: __E'Lite Optik Inc.__
Deputy Clerk: __P. DuPree__    Telephone Number: __753-2176__

* * * * * * * * * * * * *

A(n) __Motion to Dismiss & Brief__ has been filed by __Defendants__ and is considered deficient in the areas(s) noted below:

1. A summons must be filed with the complaint. See LR 3.1(b).
2. A civil cover sheet must be filed with the complaint. See LR 3.1(c).
3. The document(s) must be in proper form. See LR 10.1.
4. The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.
5. A completed certificate of service as defined in F.R.C.P. 5(d) is required.
6. Each separate document contained therein must be identified. See LR 5.1(c).
7. The motion must comply with LR 7.1 by including:
   a. ____ certificate of conference or inability to confer
   b. ____ brief in support of motion (maximum of 25 pages)
   c. ____ proposed order
   d. ____ copy of the proposed amended pleading with motion for leave to amend
8. A motion for continuance must be signed by the party as well as by the attorney of record. See LR 40.1.
9. ____ Any out-of-district attorney applying for *pro hac vice* status must affirm in writing that he/she has read and will comply with Dondi Props. Corp. v. Commerce Sav. & Loan Ass'n, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules. See LR 83.9(b).
10. ____ Additional copies are required. See LR 5.1(b).
11. ____ The attorney filing the pleading is not admitted to practice in this district. See LR 83.7.
12. ✓ Other __Should be submitted as Joint Motion Submission. Movant must notify non-movant that this has been returned for joint motion submission.__

ENTERED ON DOCKET

MAY -5 1999

U.S. DISTRICT CLERK'S OFFICE

m:\data\wpfiles\forms\intake\deficie.ncy - 7/97

9

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| E'LITE OPTIK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:99-CV-0381-R |
| | § | |
| CONTOUR OPTIK, INC. and | § | |
| CHIC OPTIC, INC., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' MOTION TO DISMISS AND BRIEF IN SUPPORT THEREOF

TO THE HONORABLE COURT:

Defendants move to dismiss this action for:

(1)   lack of jurisdiction over the person of defendants, and

(2)   insufficiency of service of process, and show as follows:

### Factual Background

Defendant Contour Optik, Inc. ("Contour") is a corporation organized under the laws of the Republic of China (Taiwan). (Chao Declaration at ¶ 2)[1] Defendant Chic Optik, Inc. ("Chic") is a corporation organized under the laws of Canada. (Sam Declaration at ¶ 2) Defendants do not have any offices in Texas, and defendants do not own or lease any real or personal property in Texas.

---

[1] The original declaration of David Chao is being sent to Dallas from Taiwan and will be filed as soon as it is received by defendants' counsel. A facsimile copy of the original declaration of David Chao is attached to the declaration of Craig W. Weinlein, counsel for defendants.

279974.1                                           1

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

-------------------------------------------x
E'LITE OPTIK, INC.,                        )
                                           )
                Plaintiff,                 )
                                           )   CIVIL ACTION NO. 3:99-CV-0381-R
v.                                         )
                                           )
CONTOUR OPTIK, INC. and                    )
CHIC OPTIC, INC.,                          )
                                           )
                Defendants.                )
-------------------------------------------x

## DECLARATION OF JEAN-PIERRE SAM

I, Jean-Pierre Sam, declare and state as follows:

1.   I am the Controller of Chic Optic, Inc.

2.   Chic Optic is a Canadian corporation, organized under the laws of Canada with a place of business at 600 Peel Street, Montreal, Quebec, Canada.

3.   The company is engaged in the sale and distribution of eyewear. The company was founded in Canada in 1982. Chic Optic's sales activities are conducted almost exclusively throughout Canada.

4.   Of the very small portion of our business that is export sales outside of Canada, the only sales made to the United States by Chic are our sales to the company Aspex Eyewear, Inc.,

1

8

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| E'LITE OPTIK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:99-CV-0381-R |
| | § | |
| CONTOUR OPTIK, INC. and | § | |
| CHIC OPTIC, INC., | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF CRAIG W. WEINLEIN

I, Craig W. Weinlein, declare as follows:

1. My name is Craig W. Weinlein. I am over eighteen years of age, and I am fully competent to make this declaration.

2. I am an attorney licensed to practice law in the State of Texas, and I am admitted to practice in the United States District Court for the Northern District of Texas. I am one of the counsel of record for defendants Contour Optik, Inc. and Chic Optic, Inc. in the above-referenced action.

3. Attached hereto is a facsimile copy of the declaration of David Chao. I expect to receive the original declaration of David Chao shortly, and I will file the original declaration with the Court as soon as I receive it from Taiwan.

285746.1

1